# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| HARTFORD UNDERWRITERS INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | No.: 1:22-cv-05084 |
| vs. | ) ) | |
| MADLIN HAIRCUTS CORP., MADLIN BIBLA, and LAITH ("LARRY") ARKALIOUS, | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., plaintiff Hartford Underwriters Insurance Company dismisses this action in its entirety with prejudice. No defendant has served an answer or a motion for summary judgment. Each party to bear its own costs and respective attorney's fees.

          Respectfully submitted,

By:   /s/ Alan M. Posner
       One of the Attorneys for
       Hartford Underwriters Insurance Company

Michael J. Duffy – 6196669
Alan M. Posner – 2237695
Wilson Elser Moskowitz Edelman and Dicker LLP
55 West Monroe Street, Suite 3800
Chicago, IL 60603
(312) 704-0550
(312) 704-1550
michael.duffy@wilsonelser.com
alan.posner@wilsonelser.com

278035767v.1